Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Financial Corporation"*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIEKA BROWN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; INNOVIS DATA SOLUTIONS, INC.; CLARITY SERVICES, INC.; CAPITAL ONE FINANCIAL CORPORATION; SYNOVUS BANK DBA FIRST PROGRESS AND SANTANDER CONSUMER USA INC.,<br><br>　　　　　　Defendants. | CASE NO.:　2:25-CV-00013-JCM-DJA<br><br>JOINT MOTION ~~STIPULATION~~ AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to Local Rules 6-1 and 6-2, Plaintiff Tieka Brown ("Plaintiff") and Defendant Capital One, N.A., erroneously sued as "Capital One Financial Corporation" ("Capital One" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS:**

　　　　1.　　On or about January 16, 2025, Capital One was served with the Summons and Complaint for the above-referenced matter;

　　　　2.　　On January 22, 2025, counsel for Capital One reached out to Plaintiff's counsel to gather further information regarding Plaintiff's claims and explore the potential for an early

4900-4213-9926.1

1  resolution;

2  3. On January 31, 2025, the Parties agreed that good cause exists to extend Capital
3  One's responsive pleading deadline to allow the parties to continue to devote resources to
4  exploring the potential for early resolution of this matter;

5  4. The Parties agree to extend the deadline for Capital One to file its responsive
6  pleading to the Complaint to February 20, 2025;

7  5. This stipulation is made in good faith and not for the purpose of delay; and

8  6. This is the first stipulated request to extend Capital One's responsive pleading
9  deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before February 20, 2025.

.

DATED this 3rd day of February, 2025.         DATED this 3rd day of February, 2025.

McDONALD CARANO LLP                            FREEDOM LAW FIRM, LLC


By: */s/ Karyna M. Armstrong*                  By:   */s/ Gerardo Avalos*
    Aaron D. Shipley (NSBN 8258)                   George Haines (NSBN 9411)
    Karyna M. Armstrong (NSBN 16044)               Gerardo Avalos (NSBN 15171)
    2300 West Sahara Avenue, Suite 1200            8985 South Eastern Ave., Ste. 100
    Las Vegas, Nevada 89102                        Las Vegas, NV 89123

*Attorneys for Defendant Capital One,*          *Attorneys for Plaintiff Tieka Brown*
*N.A., erroneously sued as "Capital One*
*Financial Corporation"*

**ORDER**

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 11).

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/4/2025