LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   *lfink@springelfink.com*

Attorneys for Defendant,
*SANTANDER CONSUMER USA, INC.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIEKA BROWN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; INNOVIS DATA SOLUTIONS, INC.; CLARITY SERVICES, INC.; CAPITAL ONE FINANCIAL CORPORATION; SYNOVUS BANK DBA FIRST PROGRESS AND SANTANDER CONSUMER USA INC.,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00013-JCM-DJA<br><br>JOINT MOTION <s>STIPULATION</s> TO EXTEND DEFENDANT SANTANDER CONSUMER USA, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>**[FIRST REQUEST]** |

　　　Defendant SANTANDER CONSUMER USA, INC. ("SANTANDER") and Plaintiff TIEKA BROWN stipulate and agree as follows:

　　　1.　　SANTANDER's time to respond to the Complaint (ECF No. 1), filed on January 3, 2025 will be continued from February 6, 2025 to February 20, 2025.

　　　2.　　SANTANDER requires additional time to investigate the allegations and respond to the Complaint.

///

///

///

-1-

3. This is SANTANDER's first request for an extension.

DATED this 5th day of February, 2025

SPRINGEL & FINK LLP

*/s/ Leonard T. Fink*

By: _____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148

Attorney for Defendant,
*SANTANDER CONSUMER USA, INC.*

DATED this 5th day of February, 2025

FREEDOM LAW FIRM, LLC

*/s/ Gerardo Avalos*

By: _____
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 South Eastern Ave., Suite 100
Las Vegas, Nevada 89123

Attorney for Plaintiff,
*TIEKA BROWN*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 15). IT IS SO ORDERED.

DATED: 2/6/2025                                       _____
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      U.S.D.C. Case No. 2:25-cv-00013-JCM-DJA

**CERTIFICATE OF SERVICE**
**Tieka Brown v. Trans Union LLC, et al.**
**U.S.D.C. Case No.: 2:25-cv-00013-JCM-DJA**

STATE OF NEVADA      )
                     ) ss.
COUNTY OF CLARK      )

I, Ella Wilczynski, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 9075 W. Diablo Drive, Suite 302, Las Vegas, Nevada, 89148.

On **February 5, 2025**, I served the document described as ***STIPULATION TO EXTEND DEFENDANT SANTANDER CONSUMER USA, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [FIRST REQUEST]*** on the following parties:

| | |
|---|---|
| ☒ | VIA ELECTRONIC SERVICE: by submitting the foregoing to the United States District Court for the District of Nevada's ECF-filing System for Electronic Service upon the Court's Service List pursuant to Rule26(a)(1). The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court. |
| ☐ | VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. |
| ☐ | VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served. |

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ella Wilczynski*

An employee of Springel & Fink LLP

| | |
|---|---|
| **From:** | Lisa Lawrence |
| **To:** | Ella Wilczynski |
| **Subject:** | FW: Brown, Tieka v. Santander - stipulation to extend time to respond to the complaint |
| **Date:** | Wednesday, February 5, 2025 12:46:52 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image005.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image011.png |
| | Brown - Stipulation and Order to Extend Time to Respond[59].docx |

Hi, Ella.  The email from Plaintiff's counsel is below.  Thanks!

**From:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Date:** Wednesday, February 5, 2025 at 11:29 AM
**To:** Lisa Lawrence <llawrence@yumollp.com>
**Cc:** Paris Tertanni <ptertanni@freedomlegalteam.com>
**Subject:** RE: Brown, Tieka v. Santander - stipulation to extend time to respond to the complaint

Hi Lisa,
No proposed changes, you are welcome to file with my signature.

Kind regards,

*Gerardo Avalos, Esq.*
Consumer Litigation Attorney
Freedom Law Firm
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
8985 S. Eastern Avenue Suite 100
Las Vegas, NV 89123 (Henderson Office)

1180 N. Town Center Dr. Suite 100
Las Vegas, NV 89144 (Summerlin Office)
www.FreedomLegalTeam.com
Frequently Asked Questions






**Full Service Law Firm practicing in Bankruptcy | Student Loans | Loan Modifications & Mediations | Litigation**

**We will never send you a REQUEST for a WIRE TRANSFER.
Always call to verify if you receive a payment request.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail is transmitted by an attorney or under the direction of said attorney. It is privileged and confidential and intended only for the use of the individual(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copy of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at phone: 702-880-5554 or by return e-mail, and delete this e-mail and all attachments from your system. Thank you.

**From:** Lisa Lawrence <llawrence@yumollp.com>
**Sent:** Wednesday, February 5, 2025 8:45 AM
**To:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Cc:** Paris Tertanni <ptertanni@freedomlegalteam.com>
**Subject:** Re: Brown, Tieka v. Santander - stipulation to extend time to respond to the complaint

Good morning, Gerardo. We've prepared the attached stipulation extending Santander's time to respond to 2/20/2025. Unless you have any proposed changes, we'll get this on file today. Thank you!

Best regards,
Lisa

Lisa M. Lawrence
YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5504 Direct | 213.377.5501 Fax

This email, along with any attachments, is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purpose, or disclose its contents to any other person. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.