LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   *lfink@springelfink.com*

Attorneys for Defendant,
*SANTANDER CONSUMER USA, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIEKA BROWN,<br><br>                    Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; INNOVIS DATA SOLUTIONS, INC.; CLARITY SERVICES, INC.; CAPITAL ONE FINANCIAL CORPORATION; SYNOVUS BANK DBA FIRST PROGRESS AND SANTANDER CONSUMER USA INC.,<br><br>                    Defendants. | Case No.: 2:25-cv-00013-JCM-DJA<br><br>**JOINT MOTION AND ORDER STAYING DISCOVERY AS TO DEFENDANT SANTANDER CONSUMER USA INC.** |

Defendant SANTANDER CONSUMER USA, INC. ("Santander") and Plaintiff TIEKA BROWN ("Plaintiff" and together with Santander, the "Parties") hereby stipulate as follows:

1. Santander is the only Defendant in this action that has not yet settled with Plaintiff.
2. Santander and Plaintiff are currently engaged in informal settlement discussions.
3. In addition, Plaintiff's claims against Santander may be subject to an arbitration agreement, and if the Parties are unable to reach an informal settlement, they may stipulate to arbitrate Plaintiff's claims and stay this action as to Santander.

///

///

-1-

4. To minimize attorneys' fees and facilitate settlement, the Parties seek a stay of discovery as to Santander and request that the Court delay setting any Scheduling Order or Conference for 30-60 days.

**IT IS SO STIPULATED**

DATED this 15th day of May, 2025

SPRINGEL & FINK LLP

*/s/ Leonard T. Fink*
By: _____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Attorneys for Defendant,
*SANTANDER CONSUMER USA, INC.*

DATED this 15th day of May, 2025

FREEDOM LAW FIRM

*/s/ Gerardo Avalos*
By: _____
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
Attorneys for Plaintiff,
*TIEKA BROWN*

The Court finds that Plaintiff Tieka Brown and Defendant Santander Consumer USA, Inc. have shown good cause to stay discovery. *See Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *4 (D. Nev. Oct. 14, 2021).

**IT IS THEREFORE ORDERED** that the stipulation (ECF No. 36) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff and Santander must file their stipulated discovery plan and scheduling order on or before **July 15, 2025.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 19, 2025

**CERTIFICATE OF SERVICE**
**Tieka Brown v. Trans Union LLC, et al.**
U.S.D.C. Case No.: 2:25-cv-00013-JCM-DJA

STATE OF NEVADA         )
                        ) ss.
COUNTY OF CLARK         )

I, Ella Wilczynski, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 9075 W. Diablo Drive, Suite 302, Las Vegas, Nevada, 89148.

On **May 15, 2025**, I served the document described as ***Joint Motion and Proposed Order Staying Discovery as to Defendant Santander Consumer USA Inc.*** on the following parties:

| | |
|---|---|
| ☒ | VIA ELECTRONIC SERVICE: by submitting the foregoing to the United States District Court for the District of Nevada's ECF-filing System for Electronic Service upon the Court's Service List pursuant to Rule26(a)(1). The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court. |
| ☐ | VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. |
| ☐ | VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served. |

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ella Wilczynski*
_____
An employee of Springel & Fink LLP

| | |
|---|---|
| **From:** | Lisa Lawrence |
| **To:** | Ella Wilczynski |
| **Subject:** | FW: Discovery Conference - Brown, T. (Case No. 2:2025-cv-00013) |
| **Date:** | Thursday, May 15, 2025 1:21:04 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image005.png |
| | image008.png |
| | 2025.04.24 Brown, Tieka - Stipulation and Proposed Order.docx |

Hi, Ella.  PC's assent for the stipulation is below.  Thanks so much!

Best regards,
Lisa

Lisa M. Lawrence
YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5504 Direct | 213.377.5501 Fax

This email, along with any attachments, is confidential and may be legally privileged.  If you have received it in error, you are on notice of its status.  Please notify us immediately by reply e-mail and then delete this message from your system.  Please do not copy it or use it for any purpose, or disclose its contents to any other person.  Thank you for your cooperation.  To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Gerardo Avalos <gavalos@freedomlegalteam.com>
**Date:** Friday, May 2, 2025 at 12:51 PM
**To:** Lisa Lawrence <llawrence@yumollp.com>
**Cc:** Khaay Bulanon <kbulanon@freedomlegalteam.com>, Leonard Fink <lfink@springelfink.com>, Jordan Yu <jyu@yumollp.com>
**Subject:** RE: Discovery Conference - Brown, T. (Case No. 2:2025-cv-00013)

Hi Lisa,

We did review the arbitration clauses provided and our Client will stipulate to arbitration if we are not able to settle. I am fully booked today but we can schedule a call Monday between 11am and 2pm or Tuesday  any time after 1:30pm. Please let me know which time works best for you.
In the meantime you have my authority to file the stipulation and order and this will at least avoid us having to file a discovery plan as discussed. Thank you all, happy Friday and have a great weekend.

Kind regards,

**Gerardo Avalos, Esq.**
Consumer Litigation Attorney
Freedom Law Firm
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
8985 S. Eastern Avenue Suite 100
Las Vegas, NV 89123 (Henderson Office)

1180 N. Town Center Dr. Suite 100
Las Vegas, NV 89144 (Summerlin Office)
www.FreedomLegalTeam.com
Frequently Asked Questions





Full Service Law Firm practicing in Bankruptcy | Student Loans | Loan Modifications & Mediations | Litigation

**We will never send you a REQUEST for a WIRE TRANSFER.
Always call to verify if you receive a payment request.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail is transmitted by an attorney or under the direction of said attorney. It is privileged and confidential and intended only for the use of the individual(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copy of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at phone: 702-880-5554 or by return e-mail, and delete this e-mail and all attachments from your system. Thank you.