George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Tieka Brown*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tieka Brown, <br><br> Plaintiff, <br> v. <br><br> Trans Union LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Capital One Financial Corporation; Synovus Bank dba First Progress and Santander Consumer USA Inc., <br><br> Defendants. | Case No.: 2:25-cv-00013 <br><br> **Stipulation for dismissal of Santander Consumer USA Inc. with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Tieka Brown and Santander Consumer USA Inc. stipulate to dismiss Plaintiff's claims against Santander Consumer USA Inc. with prejudice.

///

_____

STIPULATION                      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 28, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Tieka Brown*

**SPRINGEL & FINK LLP**

/s/ *Leonard T. Fink*
Leonard T. Fink, Esq.
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
*Counsel for Santander Consumer USA Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 29, 2025

STIPULATION                    - 2 -